```
                                    FILED
                           CLERK, U.S. DISTRICT COURT

                                  JAN 18 2008

                           CENTRAL DISTRICT OF CALIFORNIA
                           BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| EDWARD CHARLES WILLIAMS,<br><br>                Petitioner,<br><br>v.<br><br>GOV. ARNOLD SCHWARZENEGGER,<br><br>                Respondent. | CV 06-4494-DDP (SH)<br><br>ORDER ADOPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Final Report and Recommendation of the United States Magistrate Judge, and has made a *de novo* determination of the Final Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that the Petition filed herein is denied and the action is

1

1  dismissed with prejudice.

2      IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order,
3  the Magistrate Judge's Final Report and Recommendation and the Judgment herein
4  by the United States mail on petitioner and counsel for respondent.

5      LET JUDGMENT BE ENTERED ACCORDINGLY.

7  DATED: 1-18-08

10  _____
11  DEAN D. PREGERSON
    UNITED STATES DISTRICT JUDGE