FILED
CLERK, U.S. DISTRICT COURT

JAN 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| EDWARD CHARLES WILLIAMS,<br><br>    Petitioner,<br><br>v.<br><br>GOV. ARNOLD SCWARZENEGGER,<br><br>    Respondent. | ) CV 06-4494-DDP (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge;

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: 1-18-08

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1